# United States District Court
## For The Western District of North Carolina
## Statesville Division


STEVE A. MANN,

               Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:10CV196

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

               Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 9, 2011, Order.

                          Signed: August 10, 2011

                          Frank G. Johns, Clerk
                          United States District Court