IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| STEVE A. MANN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 5:10cv196-RLV-DSC |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

### ORDER

**THIS MATTER** is before the Court on "Plaintiff's Motion for Attorney Fees" (document #19). In his Response, Defendant agrees that $4,252.50 provides for full settlement of any and all claims in this case for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). See Document #22.

**NOW THEREFORE, IT IS ORDERED:**

1. "Plaintiff's Motion for Attorney Fees" (document #19) is **GRANTED**, to the extent that Plaintiff shall be paid the sum of $4,252.50 for attorney fees, with the check mailed to the law office of Plaintiff's counsel.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.      Signed: September 7, 2011

_____
David S. Cayer
United States Magistrate Judge